■ IRENE F. WROBLEWSKI, Individually and as Administratrix of the Estate of THADDEUS J. WROBLEWSKI, Deceased, Appellant, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION, Respondent. (Appeal No. 2.) [668 NYS2d 535] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1], [2]). (Appeal from Order of Supreme Court, Erie County, LaMendola, J.— Set Aside Verdict.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.

■ In the Matter of LENNY V., Appellant. CHAUTAUQUA COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [668 NYS2d 535] —Order unanimously affirmed without costs. Memorandum: Based upon respondent's history of antisocial behavior, truancy and inadequate parental supervision, Family Court properly exercised its discretion in determining that placement at a New York State Division for Youth facility was the "least restrictive available alternative" (Family Ct Act § 352.2 [2] [a]; see, Matter of Katherine W., 62 NY2d 947; Matter of Quentin L., 231 AD2d 890; Matter of Edward V., 204 AD2d 1060). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Violation of Probation.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.

■ In the Matter of HECTOR ANDINO, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [668 NYS2d 535] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Evidence adduced at petitioner's Tier III disciplinary hearing, including the written misbehavior report and testimony from two physicians, constitutes substantial evidence to support the determination (see, People ex rel. Vega v Smith, 66 NY2d 130, 139). Petitioner offered no evidence to support his bald assertion that he was unable to comply with the order directing him to provide a urine sample (see, Matter of Pabon v LeFevre, 124 AD2d 310). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Green, J. P., Lawton, Wisner, Callahan and Fallon, JJ.